

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023
```

October 23, 2023

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Brandon Evans*, 23 Cr. 301 (MKV)

Dear Judge Vyskocil:

      The parties write respectfully to provide a status update and seek a 30-day adjournment of the currently scheduled October 27, 2023 status conference in the above-referenced matter.

      The Government has produced substantially all of the Rule 16 discovery in its possession to defense counsel, which was approximately 700 GB of data. However, the Government anticipates receiving and providing another limited production consisting primarily of recorded prison calls of the defendant and additional law enforcement records to defense counsel in the next week. Given the volume of the discovery produced already, and the additional discovery that needs to be produced, the parties request an adjournment of the next conference date to permit the defense to have adequate time to review and consider the discovery.

      Accordingly, the parties jointly request that the status conference currently scheduled for October 27, 2023, at 2:00 p.m. be adjourned for 30 days, pending the Court's availability.

      In addition, the Government requests that time between October 27, 2023 and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue producing and reviewing discovery, as well as discuss any potential pretrial resolution. Defense counsel consents to this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: */s/ Katherine Cheng*
Katherine Cheng
Assistant United States Attorney
Southern District of New York
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc: Lance Lazzaro, Esq.

---

**GRANTED. The status conference is adjourned to November 28, 2023 at 11:30 AM in Courtroom 18C of 500 Pearl Street, New York, NY 10007. On the application of the Government, and upon consent from Defendant, it is HEREBY ORDERED that, in the interest of justice, all time from today to November 28, 2023 is excluded under the Speedy Trial Act. The Court finds the ends of justice served by excluding such time outweigh the interests of the public and the Defendant in a speedy trial in that it will allow time for the parties to continue producing and reviewing discovery, as well as discuss any potential pretrial resolution.  SO ORDERED.**

Date: 10/23/2023
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge