

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 21, 2023

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/23
```

      Re:    *United States v. Brandon Evans*, 23 Cr. 301 (MKV)

Dear Judge Vyskocil:

      The parties write respectfully to provide a status update and seek a 30-day adjournment of the currently scheduled November 28, 2023 status conference in the above-referenced matter. The parties have been engaged in discussions regarding a potential pretrial resolution and jointly request that the status conference currently scheduled for November 28, 2023, at 11:30 a.m. be adjourned for 30 days, pending the Court's availability.

      In addition, the Government requests that time between November 28, 2023 and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

GRANTED.
This status conference is ADJOURNED to January 3rd, 2024 at 12pm. All time between today and 1/3/24 is excluded under the Speedy Trial Act.

Date: 11/22/23
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
(212) 637-2492
Katherine.Cheng@usdoj.gov

cc:    Lance Lazzaro, Esq.