

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 19, 2023

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/20/23

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Brandon Evans*, 23 Cr. 301 (MKV)

Dear Judge Vyskocil:

The parties write respectfully to provide a status update and seek a 30-day adjournment of the currently scheduled January 3, 2024, status conference in the above-referenced matter. The parties have been engaged in discussions regarding a potential pretrial resolution and jointly request that the status conference currently scheduled for January 3, 2024, at 12:00 p.m. be adjourned for 30 days, pending the Court's availability.

In addition, the Government requests that time between January 3, 2024, and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

GRANTED. The status conference in this matter is HEREBY ADJOURNED to February 7th, 2024 at 2pm. Under the Speedy Trial Act, all time is excluded to 2/7/24.

SO ORDERED.

Date: 12/20/23
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc:    Lance Lazzaro, Esq.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Ryan T. Nees
Assistant United States Attorney
Southern District of New York
ryan.nees@usdoj.gov
212-637-1595