USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/4/2024



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

March 4, 2024

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *United States v. Brandon Evans*, 23 Cr. 301 (MKV)

Dear Judge Vyskocil:

      The parties write respectfully to provide a status update and seek a 30-day adjournment of the currently scheduled March 13, 2024, status conference in the above-referenced matter. The parties have been engaged in discussions regarding a potential pretrial resolution and jointly request that the status conference currently scheduled for March 13, 2024, at 2:00 p.m. be adjourned for 30 days, pending the Court's availability.

      In addition, the Government requests that time between March 13, 2024, and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

      Sincerely,

      DAMIAN WILLIAMS
      United States Attorney

By:    _____
      Ryan T. Nees
      Assistant United States Attorney
      Southern District of New York
      ryan.nees@usdoj.gov
      212-637-1595

---

**GRANTED. The status conference scheduled for March 13, 2024 is HEREBY ADJOURNED to April 24, 2024 at 2:00 PM. Under the Speedy Trial Act, all time is excluded until April 24, 2024. SO ORDERED.**

Date: 3/4/2024
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge