```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/15/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        -against-

BRANDON EVANS,

        Defendant.

1:23-cr-301-MKV

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

In advance of the status conference scheduled for May 22, 2024, IT IS HEREBY ORDERED that the parties shall file a joint status letter on the docket **no later than May 17, 2024** end of the business day.

Additionally, the parties have advised the Court that defense counsel intends to make a bail application at the May 22 status conference, which the Government intends to oppose. Accordingly, IT IS FURTHER ORDERED that defense counsel shall file its bail application on the docket **on or before May 20, 2024 at 12:00 PM**. The Government shall file any anticipated opposition **on or before May 21, 2024 at 12:00 PM**. Submissions shall be no longer than five single spaced pages.

**SO ORDERED.**

**Date: May 15, 2024**
**New York, NY**

        */s/ Mary Kay Vyskocil*
        **MARY KAY VYSKOCIL**
        **United States District Judge**