USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/8/2024

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

August 6, 2024

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Brandon Evans*, 23 Cr. 301 (MKV)

Dear Judge Vyskocil:

The parties write respectfully to provide a status update and seek an additional 14-day adjournment of the currently scheduled August 13, 2024 status conference in the above-referenced matter in order to allow the defendant additional time to consider the Government's outstanding plea offer. Furthermore, in light of the potential resolution of this matter, and in order to conserve the Court's and the parties' resources, the parties jointly request that the Court hold in abeyance the defendant's recently filed suppression motion (ECF No. 41) pending potential resolution of this matter.

In addition, the Government requests that time between August 13, 2024, and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

**GRANTED. Upon Defendant's request, the status conference scheduled for August 13, 2024 is hereby ADJOURNED to August 26, 2024 at 2:00 PM. Under the Speedy Trial Act, all time is excluded until August 26, 2024 on consent by Defendant. SO ORDERED.**

Date: 8/8/2024
New York, New York

*Mary Kay Vyskocil*
United States District Judge