**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/26/24
```

------------------------------------x
:
UNITED STATES OF AMERICA           :
:
       -against-                   :          **ORDER**
:
**Brandon Evans**                  :
:          23-cr-301-1(MKV)
:          Docket #
:
------------------------------------x

<u>Mary Kay Vyskocil</u>, **DISTRICT JUDGE:**
      Judge's Name

The C.J.A. attorney assigned to this case

<u>Lance Lazzaro</u> is hereby ordered substituted
      Attorney's Name

and the representation of the defendant in the above captioned

matter is assigned to <u>Calvin Scholar</u>, NUNC-PRO-TUNC <u>8/26/2024</u>.
                         Attorney's Name

**SO ORDERED.**

*/s/ Mary Kay Vyskocil*
**UNITED STATES DISTRICT JUDGE**

**Dated:** **August 26, 2024**
      **New York, New York**