

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

September 11, 2024

**BY ECF**
The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *United States v. Brandon Evans*, 23 Cr. 301 (MKV)

Dear Judge Vyskocil:

The parties write respectfully to provide a status update and seek an additional 30-day adjournment of the currently scheduled September 18, 2024 status conference in the above-referenced matter to allow defense counsel, who was appointed recently, time to consider the Government's outstanding plea offer and review the discovery, which is approximately 750 GB and currently in the mail to defense counsel. The parties further propose to provide a joint status update to the court in 30 days.

In addition, the Government requests that time between September 18, 2024, and the date of the rescheduled status conference be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties to continue discussing a potential pretrial resolution. Defense counsel consents to this request.

Sincerely,

DAMIAN WILLIAMS
United States Attorney

By: _____
Katherine Cheng
Assistant United States Attorney
Southern District of New York
katherine.cheng@usdoj.gov
212-637-2492

**The status conference currently scheduled for September 18, 2024 is hereby ADJOURNED to November 21, 2024 at 11:00 AM. On application of the Government, and with Defendant's consent, it is HEREBY ORDERED that, in the interest of justice, all time from September 18, 2024 to November 21, 2024 is excluded under the Speedy Trial Act. SO ORDERED.**

Date: 9/12/2024
New York, New York

_____
Mary Kay Vyskocil
United States District Judge