USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___5/29/26___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

       :

UNITED STATES OF AMERICA     :    **FINAL ORDER OF FORFEITURE**

       :

     -v.-     :    23 Cr. 301 (MKV)

       :

BRANDON EVANS,     :

       :

      Defendant.    :

       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

1.    WHEREAS, on or about September 4, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Substitute Assets/Money Judgment (the "Substitute Asset Order") (D.E. 93), which ordered the forfeiture to the United States of all right, title and interest of BRANDON EVANS (the "Defendant") in of the Defendant in:

    a.  The following property seized by the Government on or about May 24, 2023 from the Defendant's residence located on Wiloughby Street, Brooklyn NY 11236:

        i.  $77,670 in United States currency;

        ii.  An Audemars Piguet Royal Oak watch;

        iii.  A gold necklace with diamonds;

        iv.  A gold Rolex watch;

        v.  A gold bangle with diamonds;

        vi.  Two white gold bracelets with diamonds; and

        vii.  A white gold necklace with diamonds

(i.. through vii., collectively, the "Substitute Assets");

WHEREAS, the Substitute Asset Order directed the United States to publish, for at least thirty (30) consecutive days, notice of the Substitute Asset Order, notice of the United States' intent to dispose of the Substitute Assets, and the requirement that any person asserting a legal

interest in the Substitute Assets must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3).  Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Substitute Assets and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Substitute Assets before the United States can have clear title to the Substitute Assets;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Substitute Assets was posted on an official government internet site (www.forfeiture.gov) beginning on January 7, 2026, for thirty (30) consecutive days, through February 5, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on May 28, 2026 (D.E. 120);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Substitute Assets have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Substitute Assets; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

2

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All right, title and interest in the Substitute Assets is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Substitute Assets.

3.      The United States Marshals Service (or its designee) shall take possession of the Substitute Assets and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
         May 29th    , 2026

SO ORDERED:

_____
HONORABLE MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE